**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL D. BASSETT, | |
|         Plaintiff, | |
| vs. | Case No. 06-CV-GKF-FHM |
| ARROW FINANCIAL SERVICES, LLC., et al., | |
|         Defendant. | |

**ORDER**

Plaintiff's Motion to Compel Responses to Discovery from Defendant Equifax [Dkt. 184] is before the undersigned United States Magistrate Judge. The Motion is DENIED as MOOT.

On September 5, 2007, the Court issued an order directing counsel to confer to determine if there were issues outstanding concerning the motion and to file a joint status report. [Dkt. 204]. The Joint Status Report filed September 12, 2007, advised that Equifax has produced all agreements between it and co-defendants GE and Arrow and that Equifax will provide a declaration that there are no additional responsive documents. [Dkt. 212]. Since Plaintiff's lead counsel is out of the country until September 27, 2007, Plaintiff requests until October 1 in which to report to the Court again on the status of the matter.

Since Equifax and its counsel have represented that there are no other responsive documents and will provide a declaration to that effect, there are no issues to be resolved concerning the instant motion and nothing further to be accomplished by filing another status report. Therefore the Motion to Compel [Dkt. 184] is DENIED as MOOT, and

Plaintiff's request for additional time to file an additional status report [Dkt. 212] is DENIED.[1]

SO ORDERED this 14th Day of September, 2007.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the Joint Status Report contained a signature line for the Court's convenience in approving the request for additional time. Counsel are advised that is not the appropriate procedure to follow for submitting a proposed order. The submission of a proposed order for extensions of time is required by LCvR7.2(g). The procedure for submitting a proposed order is found in the CM/ECF Administrative Guide of Policies and Procedures, § XIV.