**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL D. BASSETT, | |
| Plaintiff, | |
| vs. | Case No. 06-CV-GKF-FHM |
| ARROW FINANCIAL SERVICES, LLC., et al., | |
| Defendant. | |

**ORDER**

The Motion to Quash Plaintiff's Second Notice of Deposition Duces Tecum of Defendant, Wal-Mart Stores, Inc. [Dkt. 189] is GRANTED.

The Motion seeks to Quash a Notice of Deposition for a deposition scheduled August 17, 2007. The need to quash the deposition was brought about by the unavailability of the witness on the scheduled date. In his response filed August 17, 2007, Plaintiff asked that the motion to quash be denied, "unless this Court also grants the soon to be requested extension of time." [Dkt. 192, p. 2]. The Court notes that an agreed request for an extension of time was filed August 22, 2007, [Dkt. 194] and was granted on August 29, 2007 [Dkt. 200]. Based on those occurrences, it appears that Plaintiff has no objection to an order granting the motion to quash.

Based on the foregoing, the Motion to Quash Plaintiff's Second Notice of Deposition Duces Tecum of Defendant, Wal-Mart Stores, Inc. [Dkt. 189] is GRANTED.

SO ORDERED this 14th day of September, 2007.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE