### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL D. BASSETT, | |
|     Plaintiff, | |
| vs. | Case No. 06-CV-66-GKF-FHM |
| ARROW FINANCIAL SERVICES, LLC., et al., | |
|     Defendant. | |

### **ORDER**

The Joint Motion for Additional Time [Dkt. 220] is before the undersigned United States Magistrate Judge.

On September 18, 2007, Plaintiff was granted until October 3, 2007, in which to file a motion to compel concerning the deposition of a G.E. Money Bank corporate representative. [Dkt. 216]. The parties seek an extension of time to October 13, 2007, for Plaintiff to file a motion to compel if their disputes cannot be worked out. The parties represent that no additional deadlines will be affected by the extension. However, the docket reflects that the dispositive motion cutoff is set for October 25, 2007, followed by the deadline for motions in limine and deposition designations on November 9, 2007. The October 3, 2007, deadline for Plaintiff's motion to compel was set with these deadlines in mind. The October 13 deadline extension requested would not provide sufficient time for a response by Defendant and to enable the Court to provide a meaningful solution in advance of the upcoming deadlines.

The Motion for Extension of Time is therefore GRANTED in PART and DENIED in PART. The deadline for Plaintiff to file a Motion to Compel concerning the deposition of a

G.E. Money Bank representative is hereby extended to October 8, 2007. The response by G.E. Money Bank to any such motion will be due on or before October 10, 2007.

SO ORDERED this 3rd day of October, 2007.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE